ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

NOV 13 2013

James N. Hatten, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA        :
                                :        CRIMINAL INFORMATION
          v.                    :
                                :        1:13-CR-443
NATHAN TRENT                    :

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning on a unknown date, but at least by July 19, 2013, in the Northern District of Georgia, the defendant, NATHAN TRENT, knowingly received one or more visual depictions of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY


JILL E. STEINBERG
ASSISTANT UNITED STATES ATTORNEY
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6364
404/581-6181 (fax)
Georgia Bar # 502042