

U.S. Department of Justice

United States Marshals Service

Northern District of Georgia

Atlanta Division

July 23, 2014

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 2 4 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

<u>VIA CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

Mr. Nathan Trent
1497 Walker Ave.
College Park, Ga. 30337

**Voluntary Surrender/Reporting Information**
Reg. No. 65513-019, Case No.1:13-CR-443-SCJ

Dear Mr. Trent

   Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

|  |  |
|---|---|
| INSTITUTION: | **FCI Oakdale** <br> **Federal Correctional Institution** <br> **2105 East Whatley Rd.** <br> **Oakdale, LA  71463** |
| TELEPHONE NO.: | (318) 335-4070 |
| REPORT DATE: | **NOON, AUGUST 11, 2014** |

   Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

BEVERLY HARVARD
UNITED STATES MARSHAL

*Ronnie D Virden* (signature)

RONNIE D VIRDEN
CRIMINAL PROGRAM SPECIALIST

cc:
Clerk of Court
Pretrial Services
U.S. Probation Office