UNITED STATES OF AMERICA
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 28 2014

By: JAMES N. HATTEN, Clerk
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL ACTION NO. |
| ) | 1:13-CR-443-1-SCJ |
| NATHAN TRENT ) | |
| ) | |

### ORDER TO RESCIND VOLUNTARY SURRENDER OF PRETRIAL SUPERVISION

A Probation Officer of this Court, Bruce E. Murphy, has moved the Court to rescind the *VOLUNTARY SURRENDER* heretofore granted the defendant by the Honorable Steve C. Jones, United States District Court, Northern District of Georgia on April 25, 2014.

The defendant having appeared before the Court on April 25, 2014, and with the assistance of counsel, was sentenced to 108 months in the custody of the Bureau of Prisons followed by a 12-year term of supervised release after having committed the offense of Possession of Child Pornography.

On July 26, 2014, and during the fore-morning Mr. Trent and his partner Alan Watts were involved in a physical altercation which caused damage to the home and which ultimately led to Mr. Trent being transported by the College Park Police Department to Grady Hospital due to Mr. Trent exhibiting homicidal/suicidal tendencies. Prior to the incident, the location monitoring equipment was tampered with and in a manner that circumvented the device from notifying the probation officer of the unauthorized, but necessary movement until approximately 5 hours later. Mr. Trent was interviewed by the probation officer on the same date. Mr. Trent remained at Grady Hospital until he was discharged on July 28, 2014. Mr. Trent is scheduled to voluntarily surrender on August 11, 2014, at FCI Oakdale, Oakdale, Louisiana. Mr. Trent admits to some of his problems being predicated on his not coping well with having to serve the impending custodial sentence. Mr. Trent current residential accommodations provide a tenuous environment. Mr. Trent is unemployed and has been unproductive in the community since his release on bond.

**ORDERED AND ADJUDGED** that the imposed *VOLUNTARY SURRENDER* is hereby rescinded and the defendant is ordered to be taken into custody immediately for the purpose of commencement of the sentence imposed on April 25, 2014.

A copy of this **Order** shall be served upon the defendant, defense counsel, the United States Attorney, and the Probation Officer of the Court.

**SO ORDERED**, this 28th day of July, 2014.

_____
STEVE C. JONES
U.S. DISTRICT COURT JUDGE